IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:19-cv-03551

**JENNIFER LEELING and TONY LEELING**,

      Plaintiffs,

v.

**WAL-MART STORES, INC. a foreign corporation, WALMART, INC., a foreign corporation, WAL-MART REAL ESTATE BUSINESS TRUST, a foreign corporation, WAL-MART ASSOCIATES, INC., a foreign corporation and JOHN AND JANE DOES 1-10**,

      Defendants.

## DEFENDANTS' NOTICE OF REMOVAL

TO:    PLAINTIFFS AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendants Wal-Mart Stores, Inc., Walmart, Inc., Wal-Mart Real Estate Business Trust, and Wal-Mart Associates, Inc., by and through counsel, Debra K. Sutton and Ashley R. Larson, of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submit this Notice of Removal as follows:

### INTRODUCTION AND BASIS FOR REMOVAL

1.      Wal-Mart Stores, Inc., Walmart, Inc., Wal-Mart Real Estate Business Trust, and Wal-Mart Associates, Inc. ("the Wal-Mart Defendants") are the Defendants in the above titled action, originally filed in the District Court, Denver County, Colorado, Case No. 2019CV33801. On or about November 22, 2019, Plaintiffs, Jennifer Leeling and Tony Leeling ("Plaintiffs")

filed their Amended Complaint and Jury Demand in Denver County District Court, Colorado. The Complaint seeks recovery of damages as to Wal-Mart based on allegations of violation of C.R.S. 13-21-115, negligence and negligence per se. *See generally* Plaintiff's Amended Complaint and Jury Demand, **Exhibit A**.

2. Any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a). The district courts of the United States have original jurisdiction of all actions between the citizens of different states, when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3. The present action is between citizens of different states. Plaintiffs are citizens of the State of Colorado. *See* **Exhibit A** at ¶ 1, 2. The Wal-Mart Defendants are citizens of the state of Arkansas. *See* Documents on File with Colorado Secretary of State, **Exhibit B;** *see also* **Exhibit A** at ¶ 3-7.

4. The amount in controversy exceeds $75,000. Plaintiffs' Complaint alleges Plaintiff Jennifer Leeling "suffered serious injuries, emotional and physical injuries, damages and losses. Plaintiff Tony Leeling suffered a loss of the love, comfort, affection, society, aid, household services and companionship of his wife, Jennifer Leeling." *See* **Exhibit A** at ¶ 36 and 39. Further, Plaintiffs' Complaint also alleges that Plaintiff Jennifer Leeling "sustained damages including, a. temporary and permanent bodily injury, physical impairment and disfigurement; b. temporary and permanent physical pain and suffering; c. temporary and permanent mental pain, suffering, distress and mental and emotional damage; d. temporary and permanent limitations of

2

activities and diminution of her quality of life; e. temporary and permanent loss of earnings, earning capacity, employment benefits and retirement and f. past, present and future medication, medical, rehabilitation and other healthcare and employability related expenses as a result of the injuries sustained in the subject incident." See **Exhibit A** at ¶ 37.  Upon information and belief, Plaintiff Jennifer Leeling will allege an incident at Walmart caused the need for lumbar and thoracic spine surgeries and will allege the cost of those surgeries exceeded $250,000. Additionally, in District Court Civil (CV) Case Cover Sheet, **Exhibit C**, Plaintiffs state they seek more than $100,000 in damages.  *See* **Exhibit C** at 3.

5. Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiffs' action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely under 28 U.S.C. §1446(b).  The Wal-Mart Defendants have thirty (30) days from the date they were served with Plaintiffs' Complaint to file its Notice of Removal.  The Wal-Mart Defendants were each served with Plaintiffs' Complaint and Jury Demand in this matter on November 25, 2019.  *See* **Exhibit D**. Thus, the Wal-Mart Defendants' Notice of Removal is due December 25, 2019.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7. Pursuant to 28 U.S.C. § 1446(a), Fed. R. Civ. P. 81(c) and D.C.Colo.LCivR 81.1, a copy of all process, pleadings, and orders that were served by the parties are attached. Undersigned counsel will promptly file a Notice of Intent to Remove with the District Court for the County of Denver.  *See* **Exhibit E**.  The process, pleadings, and orders are captioned as follows:

3

**Exhibit A**   Amended Complaint and Jury Demand;

**Exhibit C**   District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint;

**Exhibit D**   Return of Service regarding Wal-Mart.

**Exhibit F**   Summons to Wal-Mart;

**Exhibit H**   Complaint and Jury Demand;

**Exhibit I**   Delay Reduction Order

**Exhibit J**   Information Regarding Related Case

No trial, hearings, or other proceedings are currently scheduled in the District Court for the County of Denver. The Wal-Mart Defendants have complied with the requirements of 28 U.S.C. § 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1.

9.   Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal will be promptly filed with the Clerk of Court for the County of Denver in Civil Action No. 2019CV33801. Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiffs' counsel. The register of actions is attached as **Exhibit G**.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendants, Wal-Mart Stores, Inc., Walmart, Inc., Wal-Mart Real Estate Business Trust, and Wal-Mart Associates, Inc. respectfully request that this case be removed from the District Court for the County of Denver, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendants be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 16th day of December 2019.

*/s/   Ashley R. Larson*
Debra K. Sutton
Ashley R. Larson
Sutton | Booker | P.C.
4949 S. Syracuse, Suite 500
Denver, Colorado 80237
Telephone:  303-730-6204
Facsimile:   303-730-6208
E-Mail:  dsutton@suttonbooker.com
***Attorneys for Defendants, Wal-mart Stores, Inc., Walmart, Inc., Wal-mart Real Estate Business Trust, And Wal-mart Associates, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December 2019, I electronically filed a true and correct copy of the above and foregoing Defendants' Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James L. Munafo, Jr.
James Munafo & Associates, PC
19751 E. Mainstreet, Ste 355
Parker CO  80138

*/s/   Krystle L. Young*
*A duly signed original is on file at*
*Sutton | Booker | P.C.*